AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information Associated with Three Cellular Phones More<br>Fully Described in Attachment A. | )<br>)<br>)<br>)<br>)<br>) |

Case No.   3:21mc434

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Information associated with three cellular phones stored at premises controlled by the Plains Township Police Department, more fully described in Attachment A.

located in the _____ Middle _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Information and other data more fully described in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution of a Controlled Substance |
| 21 U.S.C. 846 | Conspiracy to Commit a Drug Trafficking Offense |
| 18 U.S.C. 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Offense |

The application is based on these facts:
See Affidavit of Probable Cause.

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

SIMON ABBOUD   Digitally signed by SIMON ABBOUD
Date: 2021.05.21 11:39:17 -04'00'

*Applicant's signature*

Simon Abboud, Special Agent, ATF

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ *(specify reliable electronic means).*

Date: _5-21-2__

*Judge's signature*

City and state:   Scranton, PA

U.S. Chief Magistrate Judge Karoline Mehalchick

*Printed name and title*